James D. TINSLEY, Plaintiff—Appellant,

v.

Sheriff Rick DAVIS; Captain Gilbert; County Administrator Steve Wyatt; County of Henderson, N.C., Defendants—Appellees.

No. 09–8109.

United States Court of Appeals, Fourth Circuit.

Submitted: April 13, 2010.

Decided: May 12, 2010.

James D. Tinsley, Appellant Pro Se.

Before TRAXLER, Chief Judge, and NIEMEYER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James D. Tinsley appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Tinsley v. Sheriff Rick Davis*, No. 1:09–cv–00379–GCM, 2009 WL 3633883 (W.D.N.C. Oct. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*